UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

DOROTHY ROGERS on behalf of                    CIVIL ACTION NO. 6:20-cv-00488
RANDALL A. ROGERS (DECEASED)

VERSUS                                          JUDGE SUMMERHAYS

COMMISSIONER OF THE SOCIAL                     MAGISTRATE JUDGE HANNA
SECURITY ADMINISTRATION

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that the Commissioner's decision is REVERSED and REMANDED to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g).[1] More particularly, the Commissioner is instructed to determine whether the claimant's impairments met or medically equaled the criteria of Listing 11.04 or any other relevant listed impairment. The claimant's representative should be afforded the opportunity to submit updated medical evidence.

Signed at Lafayette, Louisiana, this 6th day of April, 2021.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE

---

[1] A fourth sentence remand constitutes a final judgment that triggers the filing period for an EAJA fee application. *Shalala v. Schaeffer*, 509 U.S. 292 (1993); *Freeman v. Shalala*, 2 F.3d 552, 553 (5th Cir. 1993).